UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED

SEP 25 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 6:25-CR-75-CHB
21 U.S.C. § 846

GEORGE D. JESSEE and
ASHLEY ENGLE

* * * * *

**THE GRAND JURY CHARGES:**

On or about a date in March 2023, the exact date unknown, and continuing through on or about May 14, 2025, in Laurel County and Knox County, in the Eastern District of Kentucky, and elsewhere,

**GEORGE D. JESSEE and
ASHLEY ENGLE**

did conspire with each other and others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**FORFEITURE ALLEGATION**
21 U.S.C. § 853

1. By virtue of the commission of the felony offense alleged in the Indictment, **GEORGE D. JESSEE** and **ASHLEY ENGLE** shall forfeit to the United States any and

all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 846 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 846. Any and all interest that **GEORGE D. JESSEE** and **ASHLEY ENGLE** have in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

    **CURRENCY:**

    a. $925.00 in United States currency seized on or about November 15, 2023;
    b. $1701.00 in United States currency seized on or about May 14, 2025.

3. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

███████████████████
FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Forfeiture of listed items.